UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT OBIACORO,

Plaintiff,

v.

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,

Defendants.

No. 2:25-cv-00734 DAD SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 8)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on March 3, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On March 10, 2026, the magistrate judge filed findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with the court's orders and Local Rules. (Doc. No. 8.) The findings and recommendations were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (*Id* at 2.) Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has long since passed.

/////

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The March 10, 2026 findings and recommendations (Doc. No. 8) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to comply with court orders and the Local Rules of this court. See Local Rules 110 and 183(b); Fed. R. Civ. P. 41(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE